OLIVET JOHNSON, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

Argued October 8, 1947; decided November 13, 1947.

*Jacob W. Friedman* and *Murray T. Feiden* for appellant.

*Rowland H. Long* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.